NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicholaus Fischer,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SunTrust Mortgage Incorporated, *et al.*,<br><br>　　　　　　　　Defendants. | No. CV-15-02075-PHX-JJT<br><br>**ORDER** |

　　　The Court having considered the Parties' Stipulation for Dismissal With Prejudice (Doc.65) as to Defendant SunTrust Mortgage, Inc. only, and good cause appearing,

　　　IT IS HEREBY ORDERED granting the Stipulation (Doc. 65). This action is dismissed with prejudice as to Defendant SunTrust Mortgage, Inc. only, with each party to bear its own attorneys' fees and costs.

　　　IT IS FURTHER ORDERED directing the Clerk of the Court to close this matter.

　　　Dated this 23rd day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge